**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID J. CREELY, SR.

Case No. 22-21524JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

SHELLPOINT MORTGAGE
SERVICING

Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 2715.

Regular mortgage payments are currently being directed to the following creditor at the following address:

SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE,SC 29603-0826

Movant has been requested to send payments to:
SN SERVICING CORP.
323 5th ST
EUREKA CA 95501

578181102

The Chapter 13 Trustee's CID Records of SHELLPOINT MORTGAGE SERVICING have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 10/19/2022.

cc:   Debtor
      Original creditor
      Putative creditor
      Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID J. CREELY, SR., 20 GRACE STREET, PITTSBURGH, PA  15205 | DEBTOR'S COUNSEL:<br>CHRISTIAN M RIEGER ESQ**, LAW OFFICE OF CHRISTIAN M RIEGER, 2403 SIDNEY ST STE 214, PITTSBURGH, PA 15203 |
| :<br>SN SERVICING CORP(*), 323 5TH ST*, EUREKA, CA  95501 | ORIGINAL CREDITOR:<br>SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC  29603-0826 |
| NEW CREDITOR:<br>SN SERVICING CORP.<br>323 5th ST<br>EUREKA CA 95501 | |