**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID J. CREELY, SR. | Case No. 22-21524JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CARLYNTON SD (CRAFTON) (RE) | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> COLLECTOR HAS FAILED TO CASH CHECKS WITHOUT A REASON PROVIDED;
> COUNSEL FOR CREDITOR WAS CONTACTED 10/24/24 AND NO MEANINGFUL
> INFORMATION HAS BEEN RECEIVED.

| | |
|---|---|
| CARLYNTON SD (CRAFTON) (RE)<br>C/O JORDAN TAX SERVICE**<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 9/Trustee CID# 23 |

The Movant further certifies that on 12/12/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>DAVID J. CREELY, SR., 20 GRACE STREET, PITTSBURGH, PA  15205 | DEBTOR'S COUNSEL:<br>CHRISTIAN M RIEGER ESQ**, LAW OFFICE OF CHRISTIAN M RIEGER, 2403 SIDNEY ST STE 214, PITTSBURGH, PA  15203 |
|---|---|
| ORIGINAL CREDITOR:<br>CARLYNTON SD (CRAFTON) (RE), C/O JORDAN TAX SERVICE**, 102 RAHWAY RD, MCMURRAY, PA  15317 | ORIGINAL CREDITOR'S COUNSEL:<br>GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |