**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DAVID J. CREELY, SR. | Case No.:22-21524 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/04/2022 and confirmed on 09/13/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,760.00 |
| Less Refunds to Debtor | 3,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,760.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,438.00 | |
|    Trustee Fee | 2,437.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,875.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LIMOSA LLC | 0.00 | 10,187.25 | 0.00 | 10,187.25 |
|     Acct: 2715 | | | | |
|   LIMOSA LLC | 38,584.58 | 21,349.65 | 0.00 | 21,349.65 |
|     Acct: 2715 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 477.26 | 185.79 | 112.34 | 298.13 |
|     Acct: K254 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 52.50 | 17.45 | 0.00 | 17.45 |
|     Acct: K254 | | | | |
|   BORO OF CRAFTON SEWAGE FEES | 3,292.31 | 1,321.05 | 643.16 | 1,964.21 |
|     Acct: K254 | | | | |
|   BORO OF CRAFTON SEWAGE FEES | 891.37 | 408.38 | 0.00 | 408.38 |
|     Acct: K254 | | | | |
|   BORO OF CRAFTON-R/E TAX | 866.73 | 347.91 | 169.13 | 517.04 |
|     Acct: K254 | | | | |
|   BORO OF CRAFTON-R/E TAX | 86.68 | 31.76 | 0.00 | 31.76 |
|     Acct: K254 | | | | |
|   BORO OF CRAFTON-TRASH FEES | 1,792.00 | 719.35 | 349.69 | 1,069.04 |
|     Acct: K254 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BORO OF CRAFTON-TRASH FEES | 919.53 | 421.29 | 0.00 | 421.29 |
|     Acct: K254 | | | | |
| CARLYNTON SD (CRAFTON) (RE) | 2,698.39 | 998.54 | 511.87 | 1,510.41 |
|     Acct: K254 | | | | |
| CARLYNTON SD (CRAFTON) (RE) | 269.84 | 105.27 | 0.00 | 105.27 |
|     Acct: K254 | | | | |
| | | | | 37,879.88 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DAVID J. CREELY, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DAVID J. CREELY, SR. | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DAVID J. CREELY, SR. | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| UPRIGHT LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CHRISTIAN M RIEGER ESQ** | 3,438.00 | 3,438.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXX1524 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| SOURCE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6787 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8799 | | | | |
| LVNV FUNDING LLC | 5,439.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 3007 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,374.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 8686 | | | | |
| UPMC PHYSICIAN SERVICES | 4,781.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2971 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 801.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 5786 | | | | |
| CARLYNTON SD/CRAFTON BORO(EIT) | 6,681.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 2971 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ATLANTICA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                   37,884.88

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5.00 |
| SECURED | 49,931.19 |
| UNSECURED | 21.077.02 |

Date: 06/12/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com